COLLOTON, Circuit Judge,
concurring in part and concurring in the judgment.
I concur in the court’s judgment and agree with most of its opinion, but I decline to join the dicta in footnote 4 concerning the Union’s hearing procedures and the dicta in the discussion of Stephen Holschen’s “free-speech/retaliation” claim. Ante, at 465-67. Assuming for the sake of analysis that Holschen may proceed with a retaliation claim under Sections 101 and 102 of the Labor-Management Reporting and Disclosure Act, 29 U.S.C. §§ 411, 412, I would affirm the dismissal of this claim based on the district court’s conclusion that Holschen presented insufficient evidence that actions of the Union’s business manager caused the injury that Holschen allegedly suffered. T. Tr. II, at 362-63.